**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00458-CMA-CBS

MACARIO RUIZ,

       Plaintiff,

v.

FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., a Georgia corporation,

       Defendant.

---

**NOTICE OF SETTLEMENT**

---

       COMES NOW the Plaintiff and the Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1.     The Plaintiff and the Defendant have reached a settlement.

2.     The parties have executed the release and it has been delivered to all counsel.

3.     The Parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds.

4.     The parties expect this to happen by September 4, 2009.

Respectfully submitted on August 27, 2009,

| | |
|---|---|
| s/ David M. Larson | s/ Laura A. Hass |
| David M. Larson, Esq. | Laura A. Hass, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Treece, Alfrey, Musat & Bosworth, P.C. |
| Colorado Springs, CO 80903 | 999 18th Street, Suite 1600 |
| (719) 473-0006 | Denver, CO 80202 |
| Attorney for the Plaintiff | (303) 292-2700 |
| | Attorneys for the Defendant |