**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00458-CMA-CBS

MACARIO RUIZ,

    Plaintiff,

v.

FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., a Georgia corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 22). The Court having reviewed the Stipulation pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and fees.

DATED: August  31 , 2009

                            BY THE COURT:

                            */s/ Christine M. Arguello*
                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge